# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| HENRY MISHKOFF | § | |
| | § | |
| v. | § | |
| | § | CASE NO.  4:22-CV-00763-ALM-AGD |
| REDLEO SOFTWARE INC., ALTITUDE | § | |
| STAFFING, INC., AND VERTICAN | § | |
| TECHNOLOGIES, INC. | § | |

## MEMORANDUM REJECTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 9, 2023, the Magistrate Judge entered a Report (Dkt. #56) containing proposed findings of fact and recommendation that Defendants Redleo's, Altitude's, and Vertican's respective Rule 12(b)(6) Motions to Dismiss Plaintiff's Amended Complaint (Dkt. #35; Dkt. #37; Dkt. #38) be granted and that Plaintiff's Age Discrimination in Employment Act of 1967 claims against all Defendants should be dismissed with prejudice for failure to state a claim.

Having received the Report of the Magistrate Judge and having considered Plaintiff's objections (Dkt. #64), and after reviewing the current complaint, the motions to dismiss, the responses, the replies, the sur-replies, and all other relevant filings, the Court finds that Plaintiff has stated plausible claims for purposes of defeating a Rule 12(b)(6) motion.

It is therefore ORDERED that Defendants Redleo Software Inc.'s, Vertican Technologies, Inc.'s, and Altitude Staffing, Inc.'s respective Rule 12(b)(6) Motions to Dismiss Plaintiff's Amended Complaint (Dkt. #35, Dkt. #37, Dkt. #38) are **DENIED.**

**IT IS SO ORDERED.**
**SIGNED this 8th day of March, 2024.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE